**Order entered November 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00174-CR

### JON MATTHEW WOODLAND, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-81351-2018**

## ORDER

Before the Court is the State's October 31, 2019 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received on October 30 filed as of the date of this order.

/s/     BILL PEDERSEN, III
         JUSTICE